**No. 52291.**—Park & Tilford ·Import Corp. *v.* United States, protest 130288–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise, issues, and facts are similar in all material respects to those involved in Abstract 52048 and that the quantities reported by the inspector as manifested and not found were not in fact received by the importer or by any other person for the importer's account. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it pertains to the quantities reported by the inspector as manifested and not found, is subject to an allowance in duties and internal revenue taxes. The protest was sustained to this extent.

**No. 52292.**—Leonard Gordon Importation Co., Inc. *v.* United States, protests 72167–K and 72168–K (New York).

Opinion by JOHNSON, J. From an examination of the record the court was unable to find anything sufficient to overcome the action of the collector, which was presumptively correct. The protests were therefore overruled.

**No. 52293.**—McLaughlin & Freeman et al. *v.* United States, protests 981852–G, etc. (Boston, etc.).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.